UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Plaintiff,

v.

GERARDO ZUNIGA,

Defendant.

Case: 4:26-cr-20261
Judge: Kumar, Shalina D.
MJ: Ivy, Curtis

Filed: 05/06/2026
Time: 04:01:30 pm
U.S. District Court
Eastern District of MI
Flint

Violations:
21 U.S.C. § 846

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Conspiracy to Possess with Intent to Distribute Methamphetamine
### 21 U.S.C. §§ 846 and 841(a)(1)

From a date unknown to the Grand Jury, and continuing to on or about February 28, 2024, in the Eastern District of Michigan and elsewhere, GERARDO ZUNIGA and Co-Conspirator-1 knowingly and intentionally conspired, confederated, and agreed together and with each other, and with other persons, known and unknown to the grand jury, to possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

### Quantity of Methamphetamine Involved in the Conspiracy

1.       With respect to GERARDO ZUNIGA, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### <u>FORFEITURE ALLEGATION</u>

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 924(d)(1).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 846 and 841, the defendants shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, the offense.

Dated: May 6, 2026

**THIS IS A TRUE BILL**

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, Michigan 48502
Phone: (810) 766-5177
anthony.vance@usdoj.gov

s/*Katharine Hemann*
KATHARINE HEMANN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
Phone: (989) 895-5712
Katharine.Hemann@usdoj.gov

3

| United States District Court<br>Eastern District of Michigan | Criminal Ca | Case: 4:26-cr-20261<br>Judge: Kumar, Shalina D.<br>MJ: Ivy, Curtis | |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete...

| **Companion Case Information** | **Companion Case Number:** |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes      ☒ No | **AUSA's Initials: KH** |

**Case Title:** USA v.  Gerardo Zuniga

**County where offense occurred :** Genesee County

**Check One:**      ☒ Felony                ☐ Misdemeanor                ☐ Petty

___✓___ Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                        ]
_____Indictment/_____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

May 6, 2026
Date

s/Katharine Hemann

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:    989-895-5790
E-Mail address: Katharine.Hemann@usdoj.gov
Attorney Bar #: WSBA #46237

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.